UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
DEC - 8 2014
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>1. PABLO VEGA CUEVAS,<br>2. ARTURO MARTINEZ,<br>3. ALEXANDER FIGUEROA,<br>4. ELISEO BETANCOURT-PEREIRA,<br>5. WILFREDO FLORES-SANTOS,<br>6. ROBERTO SANCHEZ,<br>7. JOSE RODRIGUEZ, and<br>8. ISAIAS MANDUJANO | CASE NUMBER:<br><br>**14 CR 705**<br><br>**UNDER SEAL**<br><br>MAGISTRATE JUDGE SCHENKIER |



## ORDER

The UNITED STATES OF AMERICA by its attorney, ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, having moved this Court to Seal the Complaint, Affidavit, Arrest Warrants, and Motion to Seal, and having demonstrated good cause in support of its motion,

IT IS HEREBY ORDERED THAT the Complaint, Affidavit, Arrest Warrants, and Motion to Seal be sealed until the time of arrest of all defendants in this case or further order of the Court, whichever occurs earlier. This Order does not prohibit law enforcement personnel from disclosing the Complaint, Affidavit, and Arrest Warrant as necessary to facilitate the enforcement of criminal law, including the

execution of the warrant, or to any federal official to assist the official receiving the information in the performance of that official's duties.

ENTER:

*[signature]*

SIDNEY I. SCHENKIER
United States Magistrate Judge
Date: December 8, 2014