

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| USA | ) | Case No: 14 CR 705 |
| v. | ) | |
| 1 - Pablo Vega Cuevas, | ) | Magistrate Judge: Sidney I. Schenkier |
| 2 - Arturo Martinez, | ) | |
| 3 - Alexander Figueroa, | ) | |
| 4 - Eliseo Betancourt-Pereira, | ) | |
| 5 - Wilfredo Flores-Santos, | ) | |
| 6 - Roberto Sanchez, | ) | |
| 7 - Jose Rodriguez, and | ) | |
| 8 - Isaias Mandujano | ) | |

## ORDER

The Government's unopposed oral motion to unseal the case is granted. The Clerk of the Court is further ordered to unseal the complaint, affidavit, and arrest warrants.

Date: December 9, 2014

/s/ _____
SIDNEY I. SCHENKIER
UNITED STATES MAGISTRATE JUDGE