# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
Eastern District of Oklahoma
P. O. Box 607
MUSKOGEE, OKLAHOMA 74402-0607

PATRICK KEANEY
Clerk

TELEPHONE
(918) 684-7920

December 10, 2014

**FILED**

DEC 1 5 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Mr. Thomas G. Bruton, Clerk
U.S. District Court
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

RE: EDOK Case No. 6:14-mj-61-01-SPS, USA v. PABLO VEGA CUEVAS
NDIL Case No. 1:14-cr-705-1

**MAGISTRATE JUDGE SCHENKIER**

Dear Mr. Bruton,

Enclosed please find certified copies of the following, which constitute the Rule 5 proceedings held in this district as to Pablo Vega Cuevas:

1. Docket Sheet
2. Minutes of Rule 5 Initial Appearance of 12/09/14
3. Order Appointing Counsel with Financial Affidavit attached
4. Waiver of Rule 5 & 5.1 Hearings
5. Order of Commitment to Another District

Please sign and return a copy of this letter in the enclosed self-addressed, stamped envelope. If we can be of further assistance, please feel free to contact us.

PATRICK KEANEY, Clerk

By: __s/ N. Davis__
Deputy Clerk

PK/nd
Enclosures

INTERPRETER,CUSTODY

14cr705-1

# U.S. District Court
## Eastern District of Oklahoma (Muskogee)
### CRIMINAL DOCKET FOR CASE #: 6:14-mj-00061-SPS-1
### Internal Use Only

**MAGISTRATE JUDGE SCHENKIER**

Case title: USA v. Vega Cuevas et al
Other court case number: 14CR 705 Northern District of Illinois - Eastern Division

Date Filed: 12/09/2014

Assigned to: Magistrate Judge Steven P. Shreder

### Defendant (1)

**Pablo Vega Cuevas**      represented by    **Scott A. Graham**
Federal Public Defender - Muskogee
627 W Broadway
Muskogee, OK 74401-6220
918-687-2430
Fax: 918-687-2392
Email: scott_graham@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                                    **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                              **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                            **Disposition**

21:846 and 841(a)(1) - Conspiracy to Possess with intent to distribute Heroin, a Schedule I Controlled Substance

*I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.*
*ATTEST:*
*PATRICK KEANEY*
*Clerk, U.S. District Court*
*Eastern District of Oklahoma*
By: Nick Daw, Deputy Clerk
Dated: 12/10/14

**Plaintiff**

USA         represented by  **Kyle E. Waters**
US Attorney (OKED)
520 Denison Ave
Muskogee, OK 74401
918-684-5167
Fax: 918-684-5150
Email: kyle.waters@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 12/09/2014 | | ARREST on Charges Pending in Another District (Rule 5) as to Pablo Vega Cuevas (ndd, Deputy Clerk) (Entered: 12/09/2014) |
| 12/09/2014 | 1 | RULE 5 PAPERS from Northern District of Illinois by USA as to Pablo Vega Cuevas (ndd, Deputy Clerk) (Entered: 12/09/2014) |
| 12/09/2014 | 3 | MINUTE ORDER by Magistrate Judge Steven P. Shreder setting Initial Appearance - Rule 5 for 12/9/2014 at 3:00 p.m. in Courtroom 4, Room 420, US Courthouse, 5th & Okmulgee, Muskogee, OK before Magistrate Judge Steven P. Shreder as to Pablo Vega Cuevas and Alexander Figueroa. (ndd, Deputy Clerk) (Entered: 12/09/2014) |
| 12/09/2014 | 4 | ATTORNEY APPEARANCE by Kyle E. Waters on behalf of USA (ndd, Deputy Clerk) (Entered: 12/10/2014) |
| 12/09/2014 | 5 | ATTORNEY APPEARANCE (FPD) by Scott A. Graham on behalf of Pablo Vega Cuevas (ndd, Deputy Clerk) (Entered: 12/10/2014) |
| 12/09/2014 | 🔒 | (Court only) ***Comment: Called Spanish interpreter Rita Lyons and she stated she would not be able to attend the Initial Appearance - Rule 5 (Out) hearing as to Pablo Vega Cuevas (Re: 3 ). Called Sebastian Lantos' office and they stated interpreter Linda Reyes would be present from their office. (ndd, Deputy Clerk) (Entered: 12/10/2014) |
| 12/09/2014 | 8 | MINUTES of Proceedings held before Magistrate Judge Steven P. Shreder: Initial Appearance in Rule 5 Proceedings held on 12/09/2014 as to Pablo Vega Cuevas; Defendant remanded to the custody of U.S. Marshal. Spanish interpreter L. Reyes present for defendant Pablo Vega Cuevas only. (ndd, Deputy Clerk) (Entered: 12/10/2014) |
| 12/09/2014 | 9 | ORAL MOTION for Appointment of Counsel by Pablo Vega Cuevas. (ndd, Deputy Clerk) (Entered: 12/10/2014) |
| 12/09/2014 | 10 | ORDER APPOINTING COUNSEL by Magistrate Judge Steven P. Shreder: GRANTING 9 Oral Motion for Appointment of Counsel as to Pablo Vega Cuevas (1) (Attachments: # 1 Affidavit Financial Affidavit) (ndd, Deputy Clerk) (Entered: 12/10/2014) |

| 12/09/2014 | 11 | WAIVER of Rule 5 Hearing approved by Magistrate Judge Steven P. Shreder by Pablo Vega Cuevas (ndd, Deputy Clerk) (Entered: 12/10/2014) |
| --- | --- | --- |
| 12/09/2014 | 12 | COMMITMENT to Another District (Rule 5) by Magistrate Judge Steven P. Shreder as to Pablo Vega Cuevas (ndd, Deputy Clerk) (Entered: 12/10/2014) |
| 12/09/2014 | 🔒 | (Court only) ***Interpreter L. Reyes present at Initial Appearance - Rule 5 Proceedings (see document number 8 ) as to Pablo Vega Cuevas (ndd, Deputy Clerk) (Entered: 12/10/2014) |
| 12/10/2014 | 13 | Letter transmitting Rule 5 paperwork to U. S. Court Clerk for the Northern District of Illinois (Eastern Division) as to Pablo Vega Cuevas (ndd, Deputy Clerk) (Entered: 12/10/2014) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

14cr7051

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **MAGISTRATE JUDGE SCHENKIER** |
| Plaintiff, | ) | |
| v. | ) Case No. | 14-mj-61-01-SPS |
| PABLO VEGA CUEVAS, | ) Date: | 12/09/14 |
| Defendant. | ) Time: | 3:59 p.m. - 4:03 p.m. |

## MINUTE SHEET - INITIAL APPEARANCE / RULE 5

Steven P. Shreder, Judge       N. Davis, Deputy Clerk       Reporter - None
                                                             FTR Courtroom 4

Counsel for Plaintiff:  __Kyle E. Waters, AUSA__
Counsel for Defendant: __Scott A. Graham, AFPD__
Defendant appears in person:   [X] with Counsel;   [] Counsel waived;   [] w/o Counsel
[X] Fin. Afdt / oral request for counsel       Obj by Gov't : []yes [X] no   [X] Court appointed counsel
[X] Interpreter: __Linda Reyes__ ; [X] sworn

[X] Defendant acknowledged receipt of copy of the __Warrant / Complaint__ from __Northern District of Illinois - Eastern Division (Chicago), Case No. 1:14-CR-705-01__

[X] Court advised defendant of constitutional rights under Rule 5
[X] Court advised defendant of constitutional rights under Rule 20

[X] Defendant waived Identity Hearing           [X] Waiver executed and accepted by Court
[X] Defendant waived Preliminary Hearing
[] Defendant requested Preliminary Hearing      [] Preliminary Hearing set _____
[] Defendant requested to proceed to prosecuting district for preliminary hearing

[] Parties have reviewed Pretrial Services Report regarding detention      Obj []yes [] no - [] by _____

[] Government does not request Detention
[X] Defendant waived detention hearing in this district and requested to be allowed to proceed to prosecuting district for further proceedings
[] Defendant reserved issue of detention at this time
[] Defendant agreed issue of bond is moot
[] Defendant requested Detention Hearing        [] Detention Hearing set _____
[X] Defendant remanded to custody of U.S. Marshal for transport to __Northern District of Illinois - Eastern Division__
[] Defendant allowed to post bond in the amount of _____ (unsecured/secured/surety)
     [] Conditions of Release: _____

I hereby certify the annexed instrument is a true and correct copy of the original file in my office.
ATTEST:
PATRICK KEANEY
Clerk, U.S. District Court
Eastern District of Oklahoma
By __Nick Davis__ Deputy Clerk
Dated __12/10/14__

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

14cr705-1

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

**FILED**
DEC - 9 2014
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

MAGISTRATE JUDGE SCHENKIER

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  14-mj-61-01-SPS |
| PABLO VEGA CUEVAS | ) | Charging District's Case No.  1:14-cr-705 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Northern District of Illinois (Eastern Division)

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)   a hearing on any motion by the government for detention;

(6)   request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐   an identity hearing and production of the warrant.

☐   a preliminary hearing.

☐   a detention hearing.

☑   an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: Dec 9, 2014

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
PATRICK KEANEY
Clerk, U.S. District Court
Eastern District of Oklahoma
By _Nick Dunn_ Deputy Clerk
Dated 12/10/14

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Scott A. Graham
*Printed name of defendant's attorney*

AO 94 (Rev. 01/09) Commitment to Another District

MAGISTRATE JUDGE SCHENKIER  14cr705-1

# UNITED STATES DISTRICT COURT
for the

EASTERN District of OKLAHOMA

**FILED**

DEC - 9 2014

PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.  14-mj-61-01-SPS |
| ) | |
| PABLO VEGA CUEVAS ) | Charging District's |
| *Defendant* ) | Case No.  1:14-CR-705 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Northen___ District of ___Illinois [Eastern Division]___.

The defendant may need an interpreter for this language: ___Spanish___.

The defendant:   ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  12/09/14

*Judge's signature*

STEVEN P. SHREDER, U.S. Magistrate Judge
*Printed name and title*

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
PATRICK KEANEY
Clerk, U.S. District Court
Eastern District of Oklahoma
By_____ Deputy Clerk
Dated 12/10/14

14cr7057

**FILED**

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

DEC - 9 2014

MAGISTRATE JUDGE SCHENKIER

PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

UNITED STATES OF AMERICA,　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　　　　)　Case No.: 14-mj-61-01-SPS
　　　　　　　　　　　　　　　　　　　　　　)
PABLO VEGA CUEVAS　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　　　　　　　)

## ORDER APPOINTING COUNSEL

On __12/09/14__ the above named having completed an affidavit as to financial ability to employ counsel, and upon review, the Court finds that the affiant is financially unable to obtain counsel. In accordance with the Eastern District of Oklahoma Plan for Implementing the Criminal Justice Act of 1984,

**IT IS HEREBY ORDERED** that the:

____ Federal Public Defender is appointed to represent the above-named defendant in all further proceedings unless and until relieved by order of the court.

√ Federal Public Defender shall forthwith furnish the name(s) of a private attorney or attorneys, as necessary, for appointment to represent the above-named defendant in all further proceedings unless and until relieved by order of the Court.

____ The Court finds that the defendant has the financial ability to make regular periodic payments to reimburse the government for the reasonable costs of providing representation for the defendant. The Court hereby ORDERS that the defendant pay to the Clerk of the Court, 101 North Fifth Street, Room 210, Muskogee, Oklahoma, $_____ per month, on or before the 15th day of each month, continuing until the government has been fully reimbursed for all reasonable costs of providing representation to the defendant or until further order of the Court.

____ Federal Public Defender is temporarily appointed to represent the above-named defendant for purposes of initial appearance only.

Dated this 9th day of December, 2014.

_____
STEVEN P. SHREDER
U.S. MAGISTRATE JUDGE

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
PATRICK KEANEY
Clerk, U.S. District Court
Eastern District of Oklahoma
By_____ Deputy Clerk
Dated 12/10/14