# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

UNITED STATES OF AMERICA

                                            Plaintiff,

v.                                                                 Case No.: 1:14−cr−00705
                                                                             Honorable Gary Feinerman

Pablo Vega Cuevas, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 23, 2020:

       MINUTE entry before the Honorable Gary Feinerman:as to Pablo Vega Cuevas. The status hearing set for 3/31/2020 [335] is stricken and re−set for 4/14/2020 at 9:45 a.m. Defendant ordered to appear and be transported by U.S. Marshals Service for status on 4/14/2020 at 9:45 a.m. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.