UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 14 CR 705-1 |
| | ) | |
| v. | ) | Hon. Gary Feinerman |
| | ) | |
| | ) | |
| PABLO VEGA CUEVAS | ) | |

**JOINT STATUS REPORT**

  The United States of America, by its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, and defendant Pablo Vega Cuevas, through his attorney, Robert Rascia, respectfully submit this joint status report in the above-referenced matter:

  1. On September 9, 2016, defendant pleaded guilty pursuant to a plea declaration to narcotics and money laundering offenses in the indictment. Dkt. 177.

  2. The parties expect defendant to withdraw his plea declaration and enter into a plea agreement with the government. Defense counsel needs additional time to meet with defendant in person at the MCC to discuss the terms of the plea agreement.

3. Therefore, the parties request that the November 20, 2020 status hearing be continued approximately thirty days, at which time the parties will be in a better position to inform the Court of a possible change of plea date.

        Respectfully submitted,

        JOHN R. LAUSCH, JR.
        United States Attorney

BY:    /s *Nicole M. Kim*
        NICOLE M. KIM
        Assistant United States Attorney
        United States Attorney's Office
        219 S. Dearborn St.
        Chicago, Illinois 6060