UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 14 CR 705-1 |
| | ) | |
| v. | ) | Hon. Gary Feinerman |
| | ) | |
| | ) | |
| PABLO VEGA CUEVAS | ) | |

**JOINT STATUS REPORT**

The United States of America, by its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, and defendant Pablo Vega Cuevas, through his attorney, Robert Rascia, respectfully submit this joint status report in the above-referenced matter:

1. On September 9, 2016, defendant pleaded guilty pursuant to a plea declaration to the narcotics and money laundering offenses alleged in the indictment. Dkt. 177.

2. The parties anticipate that the defendant will be ready to withdraw his plea declaration and enter into a plea agreement with the government.

3. Therefore, the parties respectfully request the Court to strike the December 16, 2020 status hearing and set a plea hearing date for late January 2021 (with the exception of January 25 and January 26, 2021).

    Respectfully submitted,

    JOHN R. LAUSCH, JR.
    United States Attorney

BY:    /s *Nicole M. Kim*
    NICOLE M. KIM
    Assistant United States Attorney
    United States Attorney's Office
    219 S. Dearborn St.
    Chicago, Illinois 6060