UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                                         Case No.: 1:14–cr–00705
                                                              Honorable Gary Feinerman

Pablo Vega Cuevas, et al.
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 28, 2021:

      MINUTE entry before the Honorable Gary Feinerman:as to Pablo Vega Cuevas. At the parties' request, the change of plea hearing set for 1/29/2021 [408] is stricken and re−set for 2/16/2021 at 9:30 a.m. The parties shall submit the CARES order to the Courtroom Deputy by 2/11/2021. Members of the public and media will be able to call in to listen to this hearing. The call−in number is 571−353−2300 and the access code is 207081154. Counsel of record will receive an email prior to the start of the video hearing with instructions to join the video. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Time is excluded from 1/28/2021 through and including 2/16/2021, in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv). Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.